IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOAN CRAVENS, INC.
and JASON V. SMITH                                                         PLAINTIFFS

V.                                                              CIVIL ACTION NO. 1:15-CV-385-KS-MTP

DEAS CONSTRUCTION INC., D/B/A
DEAS MILLWORK CO., and
WEATHER SHIELD MANUFACTURING, INC.                              DEFENDANTS

ORDER

On January 4, 2017, Defendant Deas Construction, Inc., filed its Motion *In Limine* [216] and Plaintiffs filed their Motion *In Limine* [244].   Pursuant to the Case Management Order [15], responses to these motions are due seven days prior to the pretrial conference scheduled for January 19, 2017, making responses due on or before **January 12, 2017**.

SO ORDERED AND ADJUDGED this the   4th   day of January, 2017.

                                                        s/Keith Starrett
                                                        UNITED STATES DISTRICT JUDGE