**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| **JOAN CRAVENS, INC.** <br> **and JASON V. SMITH** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 1:15-CV-385-KS-MTP** |
| **DEAS CONSTRUCTION INC., D/B/A** <br> **DEAS MILLWORK CO., and** <br> **WEATHER SHIELD MANUFACTURING, INC.** | **DEFENDANTS** |

## ORDER

On January 4, 2017, Defendant Deas Construction, Inc., filed its Motion *In Limine* [244]. Pursuant to the Case Management Order [15], responses to these motions are due seven days prior to the pretrial conference scheduled for January 19, 2017, making responses due on or before **January 12, 2017**.

SO ORDERED AND ADJUDGED this the  6th  day of January, 2017.

                s/Keith Starrett
                KEITH STARRETT
                UNITED STATES DISTRICT JUDGE