**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JOAN CRAVENS, INC.
and JASON V. SMITH**                                                    **PLAINTIFFS**

**V.**                                                 **CIVIL ACTION NO. 1:15-CV-385-KS-MTP**

**DEAS CONSTRUCTION INC., D/B/A
DEAS MILLWORK CO., and
WEATHER SHIELD MANUFACTURING, INC.**                **DEFENDANTS**

## ORDER

On January 5, 2017, Defendant Weather Shield Manufacturing, Inc., filed its Motions *In Limine* [248][250][252] and Plaintiffs filed their Motion *In Limine* [254]. Pursuant to the Case Management Order [15], responses to these motions are due seven days prior to the pretrial conference scheduled for January 19, 2017, making responses due on or before **January 12, 2017**.

SO ORDERED AND ADJUDGED this the   6th   day of January, 2017.

                                                           s/Keith Starrett
                                                           KEITH STARRETT
                                                           UNITED STATES DISTRICT JUDGE