**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
DIVISION**

| | |
|---|---|
| **JOAN CRAVENS, INC.** <br> **JASON V. SMITH and BARBARA SMITH** | **PLAINTIFFS** |
| **v.** | **CIVIL ACTION NO. 1-15-CV-385-KS-MTP** |
| **DEAS CONSTRUCTION, INC., et al.** | **DEFENDANTS** |

**ORDER**

This matter is before the Court on the *Daubert* Motion and Motion in *Limine* to Exclude, or in the Alternative Limit, Portions of the Expert Testimony of William D. Smith ("Motion to Exclude") [196]. A hearing was conducted in this matter on February 2, 2017, and the Court finds that this motion should be **denied**.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion to Exclude [196] is **denied**.

SO ORDERED AND ADJUDGED, on this, the  2ND  day of February, 2017.

                                                    s/Keith Starrett
                                                    KEITH STARRETT
                                                    UNITED STATES DISTRICT JUDGE