## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## DIVISION

**JOAN CRAVENS, INC.**                                                                                    **PLAINTIFFS**
**JASON V. SMITH and BARBARA SMITH**

**v.**                                                  **CIVIL ACTION NO. 1-15-CV-385-KS-MTP**

**DEAS CONSTRUCTION, INC., et al.**                                                    **DEFENDANTS**

## ORDER

This matter is before the Court on the Motion for Reconsideration [266]. Parties have advised the Court that the motion is now moot, and it will therefore be **denied** as such.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion for Reconsideration [266] is **denied as moot**.

SO ORDERED AND ADJUDGED on this the   21st   day of March, 2017.

                                                      s/Keith Starrett
                                                      KEITH STARRETT
                                                      UNITED STATES DISTRICT JUDGE